## CATHERINE YANG *v.* VETERANS CHEMICALS, VACRS
### (13852)

Lavery, Heiman and Hennessy, Js.

Argued February 14—decision released March 12, 1996

*Joseph L. Clasen*, with whom, on the brief, were *David W. Bogan*, *John N. Thomas* and *Steven J. Armstrong*, for the appellant (defendant).

*Shelley R. Sadin*, with whom, on the brief, was *Paul F. Thomas*, for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.